RECEIVED
IN LAKE CHARLES, LA.

DEC 0 4 2015

TONY R. MOORE, CLERK
BY —————————
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| SCOTT A. LANE | * | **CIVIL ACTION NO. 2:15-cv-103** |
| FED. REG. # 43127-039 | * | **SECTION P** |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| CHARLES SONNIER, ET AL | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 2) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) that constitutes civil rights claims as described in the Report and Recommendation (Rec. Doc. 2) is **DENIED AND DISMISSED WITHOUT PREJUDICE** to Lane's ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, this 2 day of _____December_____, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE